No. D–135. In re Disbarment of Kutza. Disbarment entered. [For earlier order herein, see 436 U. S. 943.]

No. D–144. In re Disbarment of Hirsch. It is ordered that Burton G. Hirsch of Phoenix, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–145. In re Disbarment of Shaker. It is ordered that Donald J. Shaker, of Pittsfield, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–146. In re Disbarment of Teitelbaum. It is ordered that Myron Teitelbaum, of Dayton, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–147. In re Disbarment of Pence. It is ordered that Richard F. Pence, of Parkersburg, W. Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court

No. D–148. In re Disbarment of Clem. It is ordered that Maurice Curran Clem, Jr., of Henderson, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80, Orig. Colorado v. New Mexico et al. Motion for leave to file bill of complaint granted and defendants allowed 60 days in which to answer.